**Dismiss and Opinion Filed March 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01713-CV

## IN THE MATTER OF THE MARRIAGE OF D.L.S. AND P.S. AND IN THE INTEREST OF S.S., S.S., AND S.S., MINOR CHILDREN

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-56261-2011**

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

Appellee Father has filed two motions to dismiss this appeal based on appellant Mother's failure to pay for the appellate record. *See* TEX. R. APP. P. 37.3(b). Our records reflect that by order entered January 24, 2014, Mother was directed to file, no later than February 10, 2014, written verification that she had paid or made arrangements to pay for the record. Because Mother represented to us in a January 21, 2014 motion that she was not seeking to proceed without payment of costs, we cautioned Mother in our January 24th order that failure to provide the requested verification could result in dismissal of the appeal without further notice. *See id.* 37.3(b). To date, Mother has not provided the requested verification, responded to Father's motion, or otherwise communicated with the Court. Moreover, the district clerk has informed us

that, "due to non-payment," the record has not been filed. Accordingly, we grant the motions and dismiss the appeal.  *See id.* 37.3(b),  42.3(b), (c).


131713F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE MATTER OF THE MARRIAGE
OF D.L.S. AND P.S. AND IN THE
INTEREST OF S.S., S.S., AND S.S.,
MINOR CHILDREN

No. 05-13-01713-CV

On Appeal from the 366th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 366-56261-2011.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Deion L. Sanders recover his costs, if any, of this appeal from appellant Pilar Sanders.

Judgment entered March 4, 2014

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE